

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RIVER MASCARI, | § | No. 08-16-00279-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D06121) |
| | § | |

**O R D E R**

On November 1, 2016, Brock Benjamin, Appellant's retained attorney, filed with this Court a motion to withdraw and appoint counsel. However, before this Court considers this motion, it will be necessary for the trial court to conduct a hearing.

Therefore, it is ORDERED that the trial court conduct a hearing in order to determine if the appellant is entitled to court-appointed counsel or if he wishes to proceed pro se. The trial court shall enter all necessary orders and/or findings which may include appointing counsel to represent Appellant on appeal. In the event Appellant elects to proceed pro se, the trial court shall make Appellant aware of the dangers and disadvantages of self-representation and develop evidence as to whether appellant's apparent decision to relinquish benefits associated with counsel and to proceed pro se is knowingly and intelligently made under *Hubbard v. State*, 739 S.W.2d 341 (Tex.Crim.App. 1987)

The trial court shall forward its findings to the District Clerk of El Paso County, Texas, on or before November 23, 2016. The District Clerk shall prepare and forward a supplemental clerk's record containing the findings and any order appointing counsel, and forward the same to this Court on or before December 3, 2016. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before December 3, 2016.

IT IS SO ORDERED this 3rd day of November, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.